IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | CA 06 543ML |
| vs. | ) | C.A. No. |
| ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY, Defendant | ) | |

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 983. This Court is the proper venue for this action pursuant to 28 U.S.C. § 1395.

2. That on or about May 25, 2006, the defendant currency, one lot of nine thousand ninety four dollars ($9,094) and one lot of one thousand dollars ($1,000) in U.S. currency, was seized by members of the Rhode Island High Intensity Drug Trafficking Area (HIDTA) Task Force pursuant to the execution of State of Rhode Island search warrants at 24 West Clifford Street, apartment F, Providence, Rhode Island and 394 Cahill Street, 2nd floor Providence, Rhode Island. (see affidavit of Rhode Island State

Police Detective Matthew C. Moynihan attached hereto and made a part hereof).

3. That on or before May 25, 2006, the defendant currency was used to facilitate the illegal possession and distribution of cocaine and hydrocodone by Rodney Spears and was intended to be furnished in exchange for cocaine and hydrocodone in violation of 21 U.S.C. § 841 et. seq., to wit: $6,000 of the currency was found concealed in an armoire and $2,770 of the currency was found in the black wallet found in Spears' pants and an additional $324.00 was found in the front left pocket of the same pants at 24 West Clifford Street, apartment F, Providence; $1,000 of the currency plus 387 hydrocodone pills were found at 394 Cahill Street, 2nd floor Providence, Rhode Island after three controlled purchases of crack cocaine were made from Spears at that location. (see affidavit of Rhode Island State Police Detective Matthew C. Moynihan attached hereto and made a part hereof).

4. That the defendant currency constitutes monies furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

5. That by reason of the foregoing, the defendant currency is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

6. That Rodrick Spears and Tanisha Miller have sent a claim of ownership to the Federal Bureau of Investigation causing the United States Attorney to bring this action pursuant to 18 U.S.C. § 983(a)(3).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed, that the defendant be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for all costs incurred as well as such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed to before me this 14th day of December, 2006.

Notary Public

My commission expires 8/27/09.