**AFFIDAVIT**

I, Matthew C. Moynihan, upon oath depose and say:

1. I am a Detective with the Rhode Island State Police and have been continuously employed in that capacity for the past eight years. I am presently assigned to the Rhode Island High Intensity Drug Trafficking Area (HIDTA) Task Force and my duties include but are not limited to investigating violations of the federal and state narcotics laws.

2. This affidavit is submitted in support of the Complaint for Forfeiture in Rem against one lot of $9,094 in U.S. currency seized from 24 West Clifford Street, apartment F, Providence, Rhode Island and one lot of $1,000 in U.S. currency seized from 394 Cahill Street, 2nd floor Providence, Rhode Island. Both lots of currency were seized on May 25, 2006, pursuant to the execution of Rhode Island Search Warrants at the respective locations.

3. Between the last week of April 2006 and the third week of May 2006, a reliable confidential informant made three controlled purchases of crack cocaine from Roderick A. Spears at 24 West Clifford Street, apartment F, Providence, Rhode Island . (See my affidavit of May 24, 2006 in support of Rhode Island search warrants for 24 West Clifford Street, apartment F, Providence, Rhode Island and for 394 Cahill Street, 2nd floor

Providence, Rhode Island attached hereto and made a part hereof).

4. On May 25, 2006, at approximately 8:00 a.m. members of the HIDTA Task Force executed a Rhode Island search warrant at 24 West Clifford Street, apartment F, Providence, Rhode Island. Detectives and agents knocked and announced their presence at the residence and were immediately advised by a female voice on the other side of the door that she was opening the door. Detectives and agents could hear subjects moving on the other side of the door and after waiting approximately 20 seconds for the female to open the door, the detectives and agents attempted to force the door open by striking the door numerous times with a ram, with no success. After approximately 3 minutes of attempting to force the door open, a female, later identified as Tanisha Miller ("Miller") opened the door and let the detectives and agents enter. Rodrick Spears ("Spears") was found inside the apartment at the bottom of the stairwell wearing a white tank top with boxer shorts. Detectives and agents located a 2x4 wooden board on the floor next to the apartment door. The board had the inscription of "doorlock" written on one side and "keep me, door lock, lock it down" written on the other side. The board was cut to fit perpendicular to the door and the adjacent apartment wall and to prevent the door from being forced open.

Upon searching the residence, detectives and agents

observed the upstairs toilet clogged and water flowing out of the toilet and onto the floor. A substantial amount of water was observed on the floor and running out of the bathroom from the toilet and onto the hallway carpet. No paper or items were visibly observed in the toilet causing the clog. A pair of Brock blue jeans was located on the floor in the middle of the bathroom doorway and partially on the hallway carpet. The jeans were partially soaked from the water running out of the bathroom. A plunger was located beside the clogged toilet. Attempts to retrieve the item or items causing the clog were unsuccessful, as the toilet eventually became unclogged and the water drained from the bowl. The assistance of K-9 Axel, a national certified narcotics detection dog was utilized to search the apartment. While searching the front bedroom, K-9 Axel alerted to the odor of narcotics in the area of the television located in the armoire. As a result, I seized $6,000 in United States currency contained in six individually bundled packets of $1,000.00 from inside the armoire located behind the television. K-9 Axel also alerted to the odor of narcotics in the area of the wet pants described above that were located on the floor in the middle of the doorway of the bathroom. A black wallet with a Rhode Island identification card in the name of Rodrick Spears was located in the back pocket of the jeans and $2,770.00 United States currency was contained in the black

wallet. An additional $324.00 in United States currency was found in the front left pocket of the pants. A Motorola Nextel black cellphone was attached to pants and a Motorola T-Mobile silver razor cellphone in pants. In the kitchen, a U.S. balance digital scale was located in a drawer and 2 plastic bags containing smaller zip lock bags in another drawer. I was informed by Spears and Miller that they were both unemployed.

5. On May 25, 2006 at approximately the same time additional members of the HIDTA Task Force, executed a Rhode Island search warrant at 394 Cahill Street, 2nd floor Providence, RI. The following items were seized from the bedroom: $650.00 United States currency under the mattress, a Kodak Easy Share DX6490 camera containing pictures of Rodrick Spears, a picture of Rodrick Spears with young children, a Rite Weight scale, one box of Glad plastic bags, a Sanyo Sprint silver cellphone, and ten Watson 387 white pills in night stand drawer. The Rite Weight scale seized from the night stand drawer contained a white powdery residue which later tested positive for cocaine. The ten (10) Watson 387 white pills tested positive for hydrocodone, a schedule III controlled substance. The following items were seized from the living room: $350.00 United States currency located in a cigar box and a Motorola Cingular black razor cellphone and a Sony Ericsson silver cellphone on floor by the sofa. Spears

was transported to the Lincoln Woods barracks, where he was charged and processed for Possession of a controlled substance- Vicodin and the Family Court Body attachment.

6. Based upon the foregoing, there is probable cause to believe that the one lot of $9,094 in U.S. currency and one lot of $1,000 in U.S. currency described above was furnished and intended to be furnished in exchange for controlled substances, that is, cocaine and hydrocodone, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

MATTHEW C. MOYNIHAN
Detective
Rhode Island State Police

Subscribed and sworn to before me
this 14th day of December, 2006.

Notary Public
My commission expires: 8/27/09