# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Jeanne E LaFazia Justice of the Supreme, Superior Court, or Judge of the District Court of the State of Rhode Island:

a) **Detective Matthew C. Moynihan**, Member of the Division of State Police.

b) _____ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

(4)

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows:

**Cocaine, telephone/address books, safety deposit box keys, ledgers, video tapes, photographs, paging devices, as well as proceeds of narcotic transactions including United States Currency and any other documentation showing possession or control of the premises.**

The name of the owner or keeper, thereof (if known) is: **Rodrick A. Spears alias John Doe**

The place or person to be searched is described as follows: **The second floor apartment and connected rear landing/ hallway of a two story wood-framed dwelling, color grey with white trim, numbered 394 Cahill Street, Providence, Rhode Island.**

Your complainant prays that said warrant may be served in the night time for the reason that: **Informant information is that narcotics are stored and distributed in both the daytime and nighttime hours. Therefore, your affiant prays a "NO-KNOCK"search warrant be issued to prevent the destruction of evidence and for Officer Safety.**

Subscribed and sworn to before me:

5/24/06
Date

LaFazia J. 5.24.06
Judge/Justice

Complainant

# Search Warrant

| State Ex rel | Member of the Rhode Island State Police **Detective Matthew C. Moynihan** | County: **Providence** |
|---|---|---|
| vs. Respondent<br><br>**The second floor apartment and connected rear landing/ hallway of a two story wood-framed dwelling, color grey with white trim, numbered 394 Cahill Street, Providence, Rhode Island.** | | TO: An Officer authorized by law to execute the within warrant, |

Complaint and affidavit having been made to me under oath, _____ and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the **6th** Division of the District Court of Rhode Island.

Place or person to be searched: **The second floor apartment and connected rear landing/ hallway of a two story wood-framed dwelling, color grey with white trim, numbered 394 Cahill Street, Providence, Rhode Island.**

Property or articles to be searched for: **Cocaine, telephone/address books, safety deposit box keys, ledgers, video tapes, photgraphs,paging devices, as well as proceeds of narcotic transactions including United States Currency and any other documents showing possession or control of the premises.**

Name of owner, or keeper, thereof if known to complainant: **Rodrick A. Spears, alias John Doe.**

Said warrant shall be served in the daytime -- may be served in ~~the nighttime~~ -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Prov in the county of Prov this 24 day of May, A.D. 2006

[signature] 5-24-06

Judge of the District Court

Justice of the Supreme/Superior Court 10:45Am

# ACKNOWLEDGMENT OF RETURN

Warrant received on the _____ day of _____, _____, from _____ at _____.

_______________________________
Judge

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exit and states the following facts on which such belief is founded on the following affidavit.

**SEE ATTACHED AFFIDAVIT**

5/24/06
Date

Affiant

Prov Sc.. In Prov this 24 day of May, 2006; before me personally came Matthew Maynihan and made oath to the truth of the foregoing.

Judge of the District Court
Justice of the Supreme/Superior Court

# RETURN OF SERVICE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Providence**, SC.

At **394 Cahill Street, 2nd fl., Providene, RI**, **May 25, 2006**, pursuant to the within warrant I have made search during the -- **daytime** -- as commanded and submit herewith a written inventory of property taken :

- $650.00 United States currency under the mattress
- Kodak Easy Share DX6490 camera containing pictures of Rodrick Spears
- Rite Weight scale in the night stand drawer
- Picture of Rodrick Spears with young children
- One (1) box of Glad plastic bags in the night stand drawer
- Six (6) plastic bags containing numerous smaller zip lock plastic bags
- Sanyo Sprint silver cellphone in night stand drawer
- Ten (10) Watson 387 white pills in night stand drawer
- $350.00 United States currency located in Cigar box
- Motorola Cingular black razor cellphone on floor by the sofa
- Sony Ericsson silver cellphone on floor by the sofa

I have also summoned **Rodrick Spears** named in said Complaint, as commanded to appear before the **6th** Division of the District Court in **Providence** at 9:30 o'clock in the forenoon, on **May 26, 2006.**

I have also given to **Rodrick Spears** the person from whom -- from whose premises said property was taken -- a copy of the within warrant -- I have left a copy of the within warrant at -- on the place from which said property was taken -- but I did not find the person from whose premises said property was taken but left a copy of said warrant -- on the place from which the property was taken.

______________________________
Authorized Officer