# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Jeanne E LaFazia Justice of the Supreme, Superior Court, or Judge of the District Court of the State of Rhode Island.

a) **Detective Matthew C. Moynihan**, Member of the Division of State Police.

b) ______ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

(4)

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows:

**Cocaine, telephone/address books, safety deposit box keys, ledgers, video tapes, photographs, paging devices, as well as proceeds of narcotic transactions including United States Currency and any other documentation showing possession or control of the premises.**

The name of the owner or keeper, thereof (if known) is: **Rodrick A. Spears alias John Doe**

The place or person to be searched is described as follows: **The person of Rodrick A. Spears, DOB: 02-21-76.**

Your complainant prays that said warrant may be served in the night time ~~for the reason~~ that: **Informant information is that narcotics are stored and distributed in both the daytime and nighttime hours. Therefore, your affiant prays a "NO-KNOCK"search warrant be issued to prevent the destruction of evidence and for Officer Safety.**

Subscribed and sworn to before me:

Date 5/24/06

Judge/Justice

Complainant

# Search Warrant

| | | |
|---|---|---|
| State Ex rel | Member of the Rhode Island State Police **Detective Matthew C. Moynihan** | County: **Providence** |
| vs. Respondent<br><br>**The person of Rodrick A. Spears, DOB: 02-21-76.** | | TO: An Officer authorized by law to execute the within warrant, |

Complaint and affidavit having been made to me under oath, _____ and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the **6th** Division of the District Court of Rhode Island.

Place or person to be searched: **The person of Rodrick A. Spears, DOB: 02-21-76.**

Property or articles to be searched for: **Cocaine, telephone/address books, safety deposit box keys, ledgers, video tapes, photgraphs,paging devices, as well as proceeds of narcotic transactions including United States Currency and any other documents showing possession or control of the premises.**

Name of owner, or keeper, thereof if known to complainant: **Rodrick A. Spears, alias John Doe.**

Said warrant shall be served in the daytime -- may be served in the nighttime -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Prov- in the county of Prov this 24 day of May, A.D. 2006 10:40 AM

[signature]

Judge of the District Court
Justice of the Supreme/Superior Court

# ACKNOWLEDGMENT OF RETURN

Warrant received on the _____ day of _____, _____, from _____ at _____.

Judge

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exit and states the following facts on which such belief is founded on the following affidavit.

**SEE ATTACHED AFFIDAVIT**

5/24/06 ______________________ Date

______________________ Affiant

Prov. Sc.. In Prov this 24 day of May, 2006, before me personally came Matthew C Moynihan and made oath to the truth of the foregoing.

______________________
Judge of the District Court
Justice of the Supreme/Superior Court

# RETURN OF SERVICE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Providence**, SC.

At **24 West Clifford Street, apartment F, Providence, RI**, **May 25, 2006**, pursuant to the within warrant I have made search during the -- **daytime** -- as commanded and submit herewith a written inventory of property taken :

- No property taken from the person of Rodrick Spears

I have also summoned **Rodrick Spears** named in said Complaint, as commanded to appear before the **6th** Division of the District Court in **Providence** at 9:30 o'clock in the forenoon, on **May 26, 2006**.

I have also given to **Rodrick Spears** the person from whom -- from whose premises said property was taken -- a copy of the within warrant -- I have left a copy of the within warrant at -- on the place from which said property was taken -- but I did not find the person from whose premises said property was taken but left a copy of said warrant -- on the place from which the property was taken.

______________________________

Authorized Officer