# AFFIDAVIT

I, Detective Matthew C. Moynihan, do say under oath:

I am a member of the Rhode Island State Police and have been continuously employed in that capacity for the past eight years. I am presently assigned to the Rhode Island High Intensity Drug Trafficking Area (HIDTA) Task Force and my duties include but are not limited to investigating violations of the Federal and State Uniform Controlled Substances Acts.

Sometime during the third week of April 2006, your affiant received information from a previously reliable and confidential informant, who will herein be referred to in the masculine gender as Source One throughout the remainder of this text to protect his identity. Source One has provided information in the past that has lead to the arrest of several individuals for Violation of the Uniformed Controlled Substance Act. Source One has never provided information that has proven false.

Source One advised that he is aware of a black male subject in the Providence area who is involved in the sale and distribution of crack cocaine from the residence of 394 Cahill Street, 2nd Floor, Providence, Rhode Island. Source One stated he knows the male subject by the name of "Rodrick" (last name unknown). Source One advised "Rodrick" utilizes telephone number (401) 641-2505 to conduct his illegal narcotic transactions. Source One advised "Rodrick" utilizes the apartment at 394 Cahill Street, 2nd Floor, Providence, Rhode Island to prepare and distribute crack cocaine, but lives with his girlfriend in the Lockwood area of Providence. "Rodrick" has several small children with his girlfriend. Source One stated "Rodrick" is known to keep quantities of narcotics and illegal proceeds at his girlfriend's residence. Source One

advised "Rodrick" has two pit bull dogs living in the apartment of 394 Cahill Street, 2nd floor, Providence, Rhode Island as security. Source One described "Rodrick" as a black male, approximately 30 years old, having dark skin, a small build, approximately 5'3, 130 pounds with brown eyes and black hair. Source One advised "Rodrick" has no license, but sometimes drives a red Chrysler with a two letter and two-digit registration plate or a silver Ford, bearing Rhode Island registration VS-464. Both vehicles have heavy window tint on all windows.

A check with the Rhode Island Registry of Motor Vehicles revealed that the vehicle bearing Rhode Island registration VS-464 is actively registered to Tanisha L. Miller, with a date of birth of January 17, 1979, of 185 Ocean Street, Providence, Rhode Island to a 2000 Ford, color silver. The Rhode Island Registry of Motor Vehicles also advised Tanisha L. Miller has two other vehicles actively registered to her. A 2000 blue Dodge, bearing Rhode Island registration DH-710 and a 1999 red Chrysler, bearing Rhode Island registration YG-47. Tanisha L. Miller has a current Rhode Island license number 9812048 with a listed Social Security number of 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. She is described on her Rhode Island license as 5'03", 160 pounds with brown eyes. A check with the Adult Correctional Institution database revealed Tanisha L. Miller, with a date of birth of January 17, 1979, made numerous visits in the past to Rodrick A. Spears, with a date of birth of February 21, 1976, while he was committed to the ACI.

Source One was provided with a photograph of Rodrick A. Spears, with a date of birth of February 21, 1976 and positively identified the subject in the photograph as the same individual involved in the sale and distribution of crack cocaine from the residence of 394 Cahill Street, 2nd Floor, Providence, Rhode Island.

MLM

A check with the Rhode Island Registry of Motor Vehicles revealed no vehicles currently registered to Rodrick A. Spears and no license on file. Rodrick A. Spears has an active Rhode Island identification card number 1240496 with a listed Social Security number of 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. He is described on his Rhode Island identification card as 5'03", 130 pounds with brown eyes.

A check with the NCIC and local criminal history files reveals numerous felony charges on Rodrick A. Spear's criminal history record to include the following:

- On January 14, 2006, the Providence Police Department arrested Rodrick A. Spears for Possession of Marijuana- subsequent offense. No disposition has been reached on this case
- On December 29, 2000, the Providence Police Department arrested Rodrick A. Spears for Manufacturing/ Possessing/ Deliver Cocaine 1oz. to 1 kilogram and Manufacturing/ Possessing/ Deliver Marijuana 1 to 5 kilograms. He pled NOLO and received a sentence of 14 years full sentence/ 4 years to serve 10 years suspended/ probation.
- On August 26, 1998, the Cranston Police Department arrested Rodrick A. Spears for Possession of Cocaine with intent to deliver. He pled NOLO and received a sentence of 9 years full sentence/ 2 years to serve 7 years suspended/ probation.
- On March 19, 1995, the Providence Police Department arrested Roderick A. Spears for Manufacturing/ Possessing/ Deliver Marijuana 3 counts. He pled NOLO and received a sentence of 12 years full sentence/ 2 years to serve 10 years suspended/ probation.
- On February 19, 1993, the Providence Police Department arrested Rodrick A. Spears for Possession of Marijuana with intent to deliver. He pled NOLO and received a sentence of 10 years full sentence/ 1 year to serve 9 years suspended/ probation.

- On September 9, 1992, the Providence Police Department arrested Rodrick A. Spears for Assault with intent to murder. He pled NOLO and received a sentence of 15 years full sentence/ 2 years to serve 13 years suspended/ probation.

Your affiant conducted independent checks and identified a current address for Tanisha L. Miller of 24 West Clifford Street, apartment F, Providence, Rhode Island. Your affiant contacted the utilities company and learned that Tanisha L. Miller has been receiving services at 24 West Clifford Street, apartment F, Providence, Rhode Island since August 19, 2005. Your affiant was advised 185 Ocean Street, Providence, RI is the residence of Tanisha L. Miller's mother, Cristina Hopper with a date of birth of April 5th, 1957.

Your affiant obtained subscriber information from Sprint/ Nextel on telephone number (401) 641-2505 and was informed the number was actively subscribed to Christine Hopper of 185 Ocean Street Providence, RI.

During the fourth week of April, your affiant conducted surveillance of 24 West Clifford Street, Providence, Rhode Island and observed two vehicles, registered to Tanisha L. Miller, parked in front of apartment F. Your affiant observed a short black male exit the apartment of 24 West Clifford, apartment F, Providence, Rhode Island and enter into a white van parked in front of the apartment. Your affiant conducted surveillance on the van and followed it to 394 Cahill Street in the City of Providence. After the van stopped in front of 394 Cahill Street, Providence, Rhode Island the short black male exited the van and ran to the back of 394 Cahill Street, Providence, Rhode Island. The white van left the area and several minutes later the same short black male was observed with two pit bulls walking on the sidewalk in front of 394 Cahill Street, Providence, Rhode Island. Your affiant identified this black male, from photographs as Rodrick A. Spears with a date of birth of February 21, 1976. Surveillance was then conducted in the area

of 394 Cahill Street, Providence, Rhode Island and your affiant observed many subjects entering the residence at 394 Cahill Street and then leaving a short time later consistent with the sale and or purchase of narcotics. Your affiant conducted numerous surveillance of 394 Cahill Street and 24 West Clifford Street, Providence, Rhode Island and observed the same vehicles actively registered to Tanisha L. Miller parked in front of both residences at different hours of the day and night.

During the fourth week of April, Source One contacted your affiant for the purpose of making a controlled purchase of crack cocaine from "Rodrick" at 394 Cahill Street, 2nd floor Providence, Rhode Island. Your affiant and Detective Joseph Philbin met Source One at a pre-determined location. Source One was checked for contraband with negative results. Source One was provided with a sum of United States Currency. Your affiant, Detective Philbin and members of the HIDTA Task Force set up surveillance in the area of 394 Cahill Street, 2nd floor Providence, RI. Source One entered the front door of 394 Cahill Street and was observed exiting the same door approximately 5 minutes later. Source One then met your affiant and Detective Philbin at a pre-determined location and turned over an undisclosed amount of crack cocaine, which was later field-tested positive by your affiant for the presumptive presence of cocaine. Source One was again checked for contraband with negative results. Source One advised that the crack cocaine purchased during the controlled buy was from "Rodrick" in the 2nd floor apartment of 394 Cahill Street, Providence, Rhode Island. While Source One was inside the residence, your affiant observed Tanisha L. Miller's silver Ford, bearing Rhode Island registration VS-464 parked in a lot across the street from 394 Cahill Street, Providence, Rhode Island. SOURCE ONE WAS UNDER CONSTANT SURVEILLANCE DURING THE ENTIRE TIME OF THE CONTROLLED PURCHASE.

During the first week of May, Source One contacted your affiant for the purpose of making another controlled purchase of crack cocaine from "Rodrick" at 394 Cahill Street, 2nd floor apartment, Providence, Rhode Island. Your affiant and Detective Timothy Sanzi met Source One at a pre-determined location. Source One was checked for contraband with negative results. Source One was provided with a sum of United States Currency. Your affiant, Detective Sanzi and members of the HIDTA Task Force set up surveillance in the area of 394 Cahill Street, 2nd floor, Providence, Rhode Island. Source One entered the front door of 394 Cahill Street and was observed exiting the same door approximately 10 minutes later. Source One then met your affiant and Detective Sanzi at a pre-determined location and turned over an undisclosed amount of crack cocaine, which was later field-tested positive by your affiant for the presumptive presence of cocaine. Source One was again checked for contraband with negative results. Source One advised that the crack cocaine purchased during the controlled buy was from "Rodrick" in the 2nd floor apartment of 394 Cahill Street, Providence, Rhode Island. SOURCE ONE WAS UNDER CONSTANT SURVEILLANCE DURING THE ENTIRE TERM OF THE CONTROLLED PURCHASE. (JCS)

During the first week of May, your affiant conducted surveillance in the area of 394 Cahill Street, Providence, Rhode Island. Your affiant observed Tanisha L. Miller's silver Ford, bearing Rhode Island registration VS-464 parked in front of 394 Cahill Street, Providence, Rhode Island. Rodrick Spears was observed leaving the residence of 394 Cahill Street, Providence, Rhode Island and driving off in the silver Ford.

During the third week of May, your affiant conducted surveillance in the area of 24 West Clifford Street, Providence, Rhode Island. Rodrick Spears was observing leaving the apartment of 24 West Clifford, apartment F, Providence, Rhode Island and walking to a convenience store around the corner from this apartment. A short time later, Rodrick Spears was observed returning to the apartment and entering the second floor stairwell of 24 West Clifford Street. apartment F, Providence, Rhode Island.

JCS (MCM)

During the fourth week of May, Source One contacted your affiant for the purpose of making another controlled purchase of crack cocaine from "Rodrick" at 394 Cahill Street, 2nd floor apartment, Providence, Rhode Island. Your affiant and Detective Timothy Sanzi met Source One at a pre-determined location. Source One was checked for contraband with negative results. Source One was provided with a sum of United States Currency. Your affiant, Detective Sanzi and members of the HIDTA Task Force set up surveillance in the area of 394 Cahill Street, 2nd floor, Providence, Rhode Island. Source One entered the front door of 394 Cahill Street and was observed exiting the same door approximately 5 minutes later. Source One then met your affiant and Detective Sanzi at a pre-determined location and turned over an undisclosed amount of crack cocaine, which was later field-tested positive by your affiant for the presumptive presence of cocaine. Source One was again checked for contraband with negative results. Source One advised that the crack cocaine purchased during the controlled buy was from "Rodrick" in the 2nd floor apartment of 394 Cahill Street, Providence, Rhode Island.
Source one was under constant surveillance during the entire time of the controlled purchase. MCM -- JET

Your affiant is aware that individuals involved in the sale and distribution of narcotics often attempt to insulate themselves from prosecution by members of law enforcement by keeping their narcotics and illegal proceeds separate from their primary residence and their property listed in the names of third parties with no involvement in their illegal narcotics business. Based on this knowledge and experience your affiant has conducted surveillance of 24 West Clifford Street, apartment F, Providence, Rhode Island. Your affiant has observed Rodrick A. Spears exit the apartment of 24 West Clifford Street, apartment F, Providence, Rhode Island and respond to 394 Cahill Street, Providence, Rhode Island. Source One has advised your affiant that Rodrick Spears stores quantities of narcotics as well as illegal proceeds at 24 West Clifford Street, apartment F, Providence, Rhode Island

JET MCM

Based on the aforementioned facts and circumstances your affiant reasonably believes that Rodrick A. Spears, with a date of birth of February 21, 1976 is storing and distributing crack cocaine from the apartment located at 394 Cahill Street, 2nd floor, Providence, Rhode Island and storing narcotics and illegal proceeds in the apartment located at 24 West Clifford Street, apartment F, Providence, Rhode Island.

Your affiant is aware that narcotics are stored and distributed in both the daytime and nighttime hours. Based on training and experience your affiant is aware that narcotics traffickers will attempt to destroy evidence after law enforcement officers have announced their presence and waited a reasonable time prior to entering the residence. Your affiant is also aware that narcotics traffickers commonly possess firearms, which can be used against law enforcement officers during the execution of a search warrant. Your affiant requests to conduct a **"NO-KNOCK"** search warrant to be issued to prevent the destruction of evidence and for Officer Safety.

Based on the information provided by Source One, the three controlled purchases, the surveillance conducted and the independent checks conducted by your affiant, your affiant reasonably believes and requests a search warrant for the body of Rodrick A. Spears, DOB: 02-21-76. Your affiant requests to search the aforementioned second floor apartment of the two story wood-framed dwelling, grey with white trim, numbered 394 Cahill Street, in the City of Providence, Rhode Island and to search the aforementioned second floor apartment of the three story wood-framed dwelling, brown with white trim, numbered 24F West Clifford Street, Providence, Rhode Island. Therefore, your affiant respectfully requests to search the aforementioned residences and bodies for cocaine, marijuana, packaging material, telephone/ address books, safety deposit box keys, videotapes, photographs, as well as proceeds of narcotic

transactions including United States currency and any documents showing possession or control of the premises.

Matthew C. Moynihan
Detective
Rhode Island State Police

In PRC this 24 day of May before me personally came Matthew Moynihan and made oath to the truth of the foregoing.

Judge of the District Court
Justice of the Supreme/Superior Court