IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | CA 06 543ML |
| vs. | ) | C.A. No. |
| ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY,<br>Defendant | ) | |

WARRANT OF ARREST AND NOTICE IN REM

To: The United States Marshal for the District of Rhode Island or any of his deputies:

WHEREAS, a Complaint for Forfeiture in Rem as above styled was filed on the 14th day of December 2006, by the United States Attorney for the District of Rhode Island against the defendant currency for the reasons and causes mentioned in the Complaint for Forfeiture in Rem;

NOW, THEREFORE, for the aforementioned reasons and causes, you are hereby commanded to arrest, attach, and retain the above described property until the further order of this Court respecting the same; and should said property not be released within ten (10) days after the execution of process under appropriate order of this Court, then and in that event you are directed to give notice of this action and arrest to all persons by publication in The Providence Journal, a newspaper having a general circulation in the District in which the property was

originally seized, and said notice to specify that the claim must be filed within thirty five (35) days after the publication as provided and the answer within twenty (20) days after the filing of the claim; and that you promptly after execution of this process, file the same in the Court with your return thereon.

David L. Martin

UNITED STATES MAGISTRATE JUDGE

Dec. 15, 2006