IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY, Defendant | C.A. No. 06-543ML |

AFFIDAVIT

I, Michael P. Iannotti, being duly sworn, depose and say:

1. That I am an Assistant U.S. Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on December 14, 2006 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant currency.

3. That a Notice of Forfeiture, Complaint and Warrant of Arrest *In Rem* were sent by certified mail, return receipt requested, to Tanisha L. Miller's attorney, Kevin Bristow, Esq., 505 Turks Head Building Providence, RI 02903 on December 21, 2006, in accordance with Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

4. That Tanisha L. Miller has failed to file a claim within the 35 days permitted by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

5. That the Defense Manpower Data Center has verified that Tanisha L. Miller is not serving in the military. (See attached).

6. That due to the foregoing, the affiant knows of no reason why the default of Tanisha L. Miller to the defendant currency should not be entered at this time.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed and sworn to
before me this 23rd day
of February, 2007.

Notary Public

My commission expires August 27, 2009.

Department of Defense Manpower Data Center FEB-23-2007 08:58:43

Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| MILLER | Tanisha L | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:**BVOZVVUYRMC***