UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. NO. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY** | : | |

**VERIFIED STATEMENT AND CLAIM OF TANISHA L. MILLER**

I, Tanisha L. Miller, of Providence, Rhode Island, make this Verified Statement and Claim with respect to $9,094 of the currency which is the subject of this civil forfeiture action. This statement is made under the pains and penalties of perjury:

1. On May 24, 2006, I resided in the apartment at the premises located at 24F West Clifford Street, Providence, Rhode Island (hereinafter "the apartment").

2. Upon information and belief, on or about May 24, 2006, a justice of the Rhode Island District Court signed a Search Warrant authorizing a member of the Rhode Island State Police to search the premises at 24F West Clifford Street, Providence, Rhode Island, including the apartment.

3. On May 25, 2006, members of the Rhode Island State Police executed a search warrant in the apartment and seized money that I had in the apartment. Specifically, $6,000 was taken from the armoire in my apartment and retained by the Police.

4. I am the owner of the $6,000 that was found in the apartment and the $6,000 contained in the apartment was lawfully obtained by me. There was no contraband or any evidence of criminality found in the apartment.

5. Additionally, the police seized $2,770 from the wallet of my boyfriend's pants that were in the apartment, as well as an additional $324 from his pants. The money contained in the wallet and pants belongs to me.

6. Neither I nor my boyfriend, Rodrick Spears, was charged with any crime as a result of the execution of the search warrant on the apartment. I have not been involved in any activity that would justify the forfeiture of the money seized from the apartment.

7. According to the U.S. Department of Justice, the FBI adopted the seizure of the money taken from the apartment. I made a claim for return of the money to the FBI and was subsequently advised that the claim had been turned over to the U.S. Attorney's Office for the District of Rhode Island. The Federal Government has instituted this action seeking forfeiture of the money that was taken from the apartment.

8. $9,094 of the money that is the subject of this action belongs to me and should be returned to me.

Tanisha Miller
TANISHA L. MILLER

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 27 day of February, 2007.

Notary Public
My commission expires: 07-09-09