**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. NO. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY FOUR** | : | |
| **DOLLARS ($9,094) IN U.S. CURRENCY AND** | : | |
| **ONE LOT OF ONE THOUSAND DOLLARS** | : | |
| **($1,000) IN U.S. CURRENCY** | : | |

**ANSWER OF TANISHA L. MILLER TO COMPLAINT FOR FORFEITURE IN REM**

Now comes Tanisha L. Miller, by and through her attorney, Kevin J. Bristow, and hereby answers the Complaint as follows:

1. Ms. Miller neither admits nor denies the allegations contained in Paragraph 1 of the Complaint, as said allegation contains a conclusion of law, and leaves Plaintiff to its proof thereon.

2. Ms. Miller denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that the defendant currency was seized by members of the Rhode Island HIDTA pursuant to valid search warrants and leaves Plaintiff to its proof thereon.

3. Denied.

4. Denied.

5. Denied.

6. Ms. Miller admits that she sent a claim of ownership to the FBI regarding the defendant currency, but leaves Plaintiff to its proof as to all other allegations contained in Paragraph 6 of the Complaint.

WHEREFORE, Tanisha L. Miller respectfully requests that judgment in this matter enter on her behalf, and that this Honorable Court deny the Government's request for forfeiture and order that the currency that is the subject of this Complaint be returned to Ms. Miller forthwith and for such other and further relief as to this Court may seem proper and just.

**AFFIRMATIVE DEFENSE**

1. Ms. Miller is an innocent owner of the currency that is the subject of this forfeiture action.

**The claimant, Tanisha L. Miller, demands a jury trial on all issues so triable.**

Respectfully submitted,
TANISHA L. MILLER
By her attorney,

/s/ Kevin J. Bristow

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
401-521-2812 (Fax)

Dated: February 28, 2007

**Certification**

I certify that on February 28, 2007 I caused a true copy of this Answer to be sent via electronic filing (CM/ECF) to the following:

**Assistant U.S. Attorney Michael P. Iannotti**
michael.iannotti@usdoj.gov