**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY,<br>Defendant. | : | C.A. NO. 06-543ML |

# PLAINTIFF'S MOTION TO COMPEL CLAIMANT TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND TO EXTEND CASE DEADLINES

Plaintiff United States of America moves for an order compelling Claimant Tanisha L. Miller to respond fully and completely within ten days to Plaintiff's First Set of Interrogatories. Plaintiff has repeatedly requested that Claimant provide interrogatory responses. To date, Claimant has not provided any responses. Plaintiff also moves to extend case deadlines. Discovery closes on September 24, 2007, and due to Claimant's failure to respond to Interrogatories, Plaintiff has been unable to move discovery forward. Plaintiff respectfully requests that the Court move the discovery, dispositive motions, and trial memoranda deadlines forward by sixty days. [1]

On May 1, 2007, Plaintiff's counsel commenced discovery by sending Claimant's counsel Interrogatories via certified mail. Exs. A (Plaintiff's First Set of Interrogatories to Claimant and Certified Mail Receipt). Claimant's counsel received the Interrogatories on May 7, 2007. Ex. B (Certified Mail Return Receipt). By July 24, 2007, which was the close of

[1] Pursuant to Local Rule 7(a), no memorandum of law is required.

discovery per the Court's April 24, 2007 Pretrial Order, Claimant had not responded to the Interrogatories, and Plaintiff was not able to complete discovery. Plaintiff's counsel contacted Claimant's counsel by telephone and requested interrogatory responses, and the parties jointly moved for an extension of deadlines to provide additional time for Claimant to respond and for the parties to complete discovery. On August 9, 2007, the Court granted the motion and moved the close of discovery to September 24, 2007.

By September 5, 2007, Claimant had still not provided interrogatory responses, and Plaintiff's counsel wrote Claimant's counsel requesting that interrogatory responses be provided no later than September 12. Ex. C (9/5/07 Facsimile from M. Shah to K. Bristow). On September 11, 2007, Claimant's counsel advised Plaintiff's counsel by telephone that interrogatory responses would be sent forthwith. But by September 13, responses had not arrived, and Plaintiff's counsel again emailed Claimant's counsel requesting responses or a date certain by which responses would be received. Ex. D (9/13/07 through 9/7/07 Emails between M. Shah and K. Bristow). To date, Plaintiff has not received interrogatory responses from Claimant, and Claimant has not provided any date certain for the interrogatory responses. Plaintiff moves the Court to compel Claimant to provide interrogatory responses.

Due to Claimant's failure to provide interrogatory responses, Plaintiff has been unable to move discovery forward. The Interrogatories seek basic financial information from Claimant to assess the merits of her claim to the assets at issue in this litigation. Depending on the information provided, Plaintiff may need to subpoena bank records and depose witnesses identified by Plaintiff. *See* Ex. A (Interrogatories 5, 6, 7, 9, 11, 12, 13, 14, 15). Plaintiff will also need to depose Claimant. Accordingly, Plaintiff requests a sixty day extension of case deadlines from the date on which the Court enters an order compelling interrogatory responses from

Claimant.

Respectfully,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: September 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2007, I electronically filed the above Motion to Plaintiff's Motion to Compel Claimant to Respond to Plaintiff's First Set of Interrogatories and to Extend Case Deadlines along with Exhibits A-D with the Clerk of the United Stated District Court for the District of Rhode Island using the CM/ECF System. The following party received notice electronically:

*Counsel for Claimant Maria Sarit*
Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, RI 02903

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov