IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-543ML |
| ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY, Defendant | ) | |

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO CLAIMANT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the plaintiff, the United States of America, requests that the claimant, Tanisha L. Miller, answer fully, in writing and under oath, within thirty (30) days from the date of service, each of the following Interrogatories.

INSTRUCTIONS

A. All information, whether in your possession, the possession of your attorney, investigators, agents, employees or other representatives of you and your attorney, is to be divulged.

B. These interrogatories are intended as continuing interrogatories, requiring you to answer by supplemental responses, setting forth any information within the scope of the interrogatories as may be acquired by you, your attorneys, or your other representatives following your original responses. Such supplemental responses are to be filed and served upon the

plaintiff, the United States of America, within fifteen (15) days after receipt of such information, but not later than the time of trial.

INTERROGATORIES

1. Identify yourself by giving your full name, any aliases or nicknames, age, current residence address and telephone number, occupation, birth date and social security number.

2. List all of your residence addresses and telephone numbers from January 1, 2000, to the present.

3. State with particularity your alleged interest in the defendant currency.

4. State the value which you allege your interest in the defendant currency to be worth.

5. State and describe:

a) the date you obtained your alleged interest in the defendant currency;

b) the person or entity from whom you obtained your alleged interest, including the name, title, address and last known whereabouts of such person or entity;

c) the circumstances of and consideration for the acquisition of your alleged interest.

6. Identify by stating their names, titles, addresses, and last known whereabouts, all witnesses to your alleged acquisition of an interest in the defendant currency.

7. Provide details concerning your business, occupation and/or profession from January 1, 2000, to the present including but not limited to the official name of your business or occupational organization and all other names in which you conduct business; your principal business address and telephone number and all other addresses and telephone numbers from which you conduct business; each and every product, activity or service in which you deal or engage; the nature of your business or occupational organization (e.g., corporation, partnership, sole proprietorship, etc.); its present status; and the date of and laws under which such business or organization was created or formalized; and the name, address and telephone number of any owner, partner, parent, subsidiary, affiliate or other organizational unit and the ownership percentage of each.

8. Identify (by name, current or last known address, telephone number, their business and/or occupation, and relationship to you) each and every person known by you to have had on May 25, 2006 an ownership interest, in whole or part, in the defendant currency.

9. Identify (by name, current or last known address, telephone number, their business and/or occupation, and relationship to you) each and every person known by you to have at the present time an ownership interest, in whole or part, in the defendant currency.

10. For each person identified by you in response to Interrogatory Nos. 8 and/or 9, state all facts upon which you base a knowledge or belief that said person had, at the time it was seized and/or at present, an ownership interest, in whole or part, in the defendant currency.

11. Identify (by name, current or last known address, telephone number, their business and/or occupation and relationship to you) each and every person from whom you acquired all or any portion of the defendant currency.

12. For each person identified by you in response to Interrogatory No. 11, state the amount of currency received from that person, the date the currency was received, the reason(s) for your receipt of the currency from that person, and any instructions or directions you received in connection with your receipt of the currency.

13. Describe each and every source of your income (whether gift, loan, loan repayment, salary, business profits, inheritance, sale of controlled substances, etc.) from January 1, 2003, to the present, including the nature/source of the income (and if from a person, identify that person by name, current or last known address, telephone number, business and/or occupation and relationship to you), the amount of income received from each such source, the reason(s) for its receipt, and the

date or period of time over which each source of income was received.

14. Separately state your gross yearly income and your income, after taxes, for each year during the period from January 1, 2003, to the present.

15. List, identify and describe (by name of bank or other financial institution, type of account, account number, and current status, whether opened or closed) each and every account of whatever type with a bank, savings and loan, thrift institution or other entity, held by you (singly or with another person(s)) or under your control, at any and all times from January 1, 2003, to May 25, 2006.

16. List, identify and describe (by name of bank, business or other entity, type of account, account number, and current status, whether opened or closed) each and every credit account, held by you (singly or with another person(s)) or under your control, at any and all times from January 1, 2003, to the present.

17. List, identify and describe (by name of item, date of purchase, place of purchase, cost when purchased, method of payment, and if purchased on credit) whether item was fully paid for on each and every property purchase (personal or real) amounting to $100.00 or more made by you at any and all times from January 1, 2003, to May 26, 2006.

18. State whether you contend that the plaintiff is not entitled to have the defendant currency in this action forfeited and condemned to plaintiff's use and state the basis for your contention.

19. List, identify and describe in full and complete detail the contents of each and every document that you intend to offer in support of your claim in this action.

20. State whether you have ever been arrested for violating State or Federal narcotic laws and with respect to each such arrest state:

a) the date of said arrest

b) the nature of the charges

c) the final disposition of the charges

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2007, I forwarded a copy of the Interrogatories, by certified mail, return receipt requested, to:

Kevin Bristow, Esq.
505 Turks Head Building
Providence, RI 02903

Linda A. Mazmanian

7005 1820 0000 8778 5323

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 5-1-07 |
| Total Postage & Fees | $ | LAM |

Sent To: Kevin Bristow, Esq.
Street, Apt. No.; or PO Box No.: 505 Turks Head Bldg.
City, State, ZIP+4: Providence, RI 02903

PS Form 3800, June 2002 — See Reverse for Instructions