**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Bristow, Esq.
505 Turks Head Bldg
Providence, RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Laurel K Bristow ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
5-7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7005 1820 0000 8778 5323

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540