**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

**R-E-S-T-R-I-C-T-E-D I-N-F-O-R-M-A-T-I-O-N**

**THIS COMMUNICATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, RESTRICTED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.** *If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the communication to me at the address above. Thank you.*

TO: Kevin Bristow, Esq

FAX #: 521-2812

FROM: Milind M. Shah, Assistant U.S. Attorney

PHONE #: (401) 709-5000 FAX #: (401) 709-5001

DATE: September 6, 2007

COMMENTS: United States v. $9,094 and $1,000, CA 06-543ML

Correspondence to Kevin Bristow, regarding responses to Plaintiff's First Set of Interrogatories

Any inquiries on this transmission should be directed to:

Linda Mazmanian
United States Attorney's Office
District of Rhode Island
(401) 709-5060

PAGES TO FOLLOW (1)

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

September 5, 2007

Via Facsimile to 401.521.2812 and First Class Mail

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, RI 02903

Re: United States v. $9,094 and $1,000, C.A. No. 06-543ML (USDC, RI)

Dear Mr. Bristow:

Claimant Tanisha Miller's response to Plaintiff's First Set of Interrogatories is three months overdue. Plaintiff served you with the Interrogatories on May 1, 2007; responses were due no later than June 4. Under Federal Rule of Civil Procedure 33(b)(4), Claimant has waived all objections. Claimant must answer each interrogatory in full, absent excuse from the Court.

If Claimant's responses are not received by September 12, 2007, I will file a Motion to Compel.

Also by September 12, 2007, please advise which of the following days are convenient for Claimant's deposition: September 19, 20, 21. If I do not hear from you by the 12th, I will notice Claimant's deposition for one of those days.

Please contact me if you wish to discuss these matters.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

TRANSMISSION VERIFICATION REPORT

TIME : 09/06/2007 17:35
NAME : US ATTORNEY CIVIL
FAX : 4017095017
TEL :
SER.# : BROA6J419336

| | |
|---|---|
| DATE,TIME | 09/06 17:35 |
| FAX NO./NAME | 85212812 |
| DURATION | 00:00:30 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |