**Shah, Milind (USARI)**

**From:** Shah, Milind (USARI)
**Sent:** Thursday, September 13, 2007 9:17 AM
**To:** 'KEVIN BRISTOW'
**Subject:** RE: US v. $10,094 (Miller), CA No. 06-543ML

Kevin,

I expected to receive the interrogatory answers in the Tanisha Miller matter by yesterday. I have not yet received them. On Tuesday, you stated to me by telephone that the answers were all but ready to go. You are putting me in a bad spot by delaying. As you know, discovery in this case closes on September 24. You also have not yet responded to my request for dates to depose Tanisha Miller.

As I stated earlier, I am willing to give you an extension of time to respond to the interrogatories, but I need a date certain on which I will receive interrogatory answers.

In the hope that we can build an amicable working relationship, I will hold off on filing a motion to compel until tomorrow. Either I receive the answers today or you call today and give me a date certain on which I will get the answers.

Milind Shah

---

**From:** Shah, Milind (USARI)
**Sent:** Tuesday, September 11, 2007 2:47 PM
**To:** 'KEVIN BRISTOW'
**Subject:** RE: US v. $10,094 (Miller), CA No. 06-543ML & US v. $11,900 (Sarit), CA No. 07-011ML

Kevin, I didn't hear from you yesterday.

We now have two cases to discuss: US v. $10,094 (Miller) and US v. $11,900 (Sarit).

Milind Shah

---

**From:** KEVIN BRISTOW [mailto:kjbristowlaw@verizon.net]
**Sent:** Friday, September 07, 2007 6:14 PM
**To:** Shah, Milind (USARI)
**Subject:** Re: US v. $10,094 (Miller), CA No. 06-543ML

Milind-
Thanks for the messages. I will call on Monday. Kevin Bristow.

> ----- Original Message -----
> **From:** Shah, Milind (USARI)
> **To:** KJBristowlaw@verizon.net
> **Sent:** Friday, September 07, 2007 4:56 PM
> **Subject:** US v. $10,094 (Miller), CA No. 06-543ML
>
> I faxed you earlier this week requesting that you respond to interrogatories. I realize that this may take time. If you would like to discuss extending deadlines, please give me a call.

I would also like to introduce myself. I'm one of the new AUSAs. I called this morning and left a message. Please call when you get a moment.

Best regards,

Milind Shah

Milind M. Shah

Assistant United State Attorney

United States Attorney's Office

for Rhode Island

50 Kennedy Plaza

8th Floor

Providence, RI 02903

401.709.5000