**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY** | : | |
| **FOUR DOLLARS ($9,094) IN U.S. CURRENCY** | : | |
| **AND ONE LOT OF ONE THOUSAND** | : | |
| **DOLLARS ($1,000) IN U.S. CURRENCY** | : | |

**CLAIMANT TANISHA L. MILLER'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND TO EXTEND CASE DEADLINES**

Now comes the Claimant, Tanisha Miller, by and through her attorney, Kevin J. Bristow, and hereby objects to Plaintiff's Motion to Compel a Response to Plaintiff's First Set of Interrogatories.

In support of this Objection, the Claimant relies upon her Memorandum of Law, filed herewith.

Respectfully submitted,
TANISHA L. MILLER
By her attorney,

/s/ KEVIN J. BRISTOW
KEVIN J. BRISTOW, ESQ. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812
kjbristowlaw@verizon.net

September 21, 2007

**Certification**

I certify that on September 21, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

Milind M. Shah
milind.shah@usdoj.gov

/s/ KEVIN J. BRISTOW__

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY** | : | |
| **FOUR DOLLARS ($9,094) IN U.S. CURRENCY** | : | |
| **AND ONE LOT OF ONE THOUSAND** | : | |
| **DOLLARS ($1,000) IN U.S. CURRENCY** | : | |

**CLAIMANT TANISHA L. MILLER'S MEMORANDUM OF LAW IN SUPPORT OF HER OBJECTION TO PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND TO EXTEND CASE DEADLINES**

Now comes the Claimant in the above-entitled matter, Tanisha L. Miller, by and through her attorney, Kevin J. Bristow, hereby submits this Memorandum of Law in support of her objection to the Plaintiff's Motion to Compel a response to Plaintiff's First Set of Interrogatories. In support of her objection, the Claimant submits the following:

1. This motion should be denied on the grounds that the Claimant has this date served the Plaintiff with her Answers to Interrogatories. Thus, the motion is moot and should be denied.

2. It should further be noted that, after service of these interrogatories by the Plaintiff, there was no attorney from the U. S. Attorney's office that was assigned to this matter. Thus, there was no action on this case by the U.S. Attorney's office.

3. Indeed, in late July, 2007, Assistant U. S. Attorney Dulce Donovan contacted the undersigned and requested that we jointly seek an extension of discovery. She indicated at that time that the reason for this request was that this matter was in the

process of being assigned to an attorney within their office. Thus, at that time, there was still no attorney assigned to this matter. Thus, any delay in discovery should not be attributed solely to the claimant, as the Plaintiff's motion would suggest.

4. As previously noted, answers to Plaintiff's interrogatories are now in the hands of Plaintiff's counsel. Plaintiff's counsel has recently requested a deposition of the claimant, which cannot be completed within the current discovery time frame. As such, the claimant has no objection to the Plaintiff's request for an extension of time in which to complete discovery.

WHEREFORE, it is respectfully requested that this Honorable Court deny the Plaintiff's motion to compel a response to its First Set of Interrogatories and further, that the Court make an order extending discovery as requested by the Plaintiff and for such other and further relief as to this Court may seem just and proper.

Respectfully submitted,
TANISHA L. MILLER
By her attorney,

/s/ KEVIN J. BRISTOW
KEVIN J. BRISTOW, ESQ. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812
kjbristowlaw@verizon.net

September 21, 2007

**Certification**

I certify that on September 21, 2007 I caused a true copy of this Memorandum to be sent via electronic filing (CM/ECF) to the following:

Milind M. Shah
milind.shah@usdoj.gov

__/s/ KEVIN J. BRISTOW__