**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY** | : | |

**CLAIMANT TANISHA L. MILLER'S ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINES**

Now comes the Claimant, Tanisha Miller, by and through her attorney, Kevin J. Bristow, with the consent of the Plaintiff, and hereby moves this Honorable Court for a final 90 day extension of the deadlines set forth in the Court's Pre-Trial Order, as set by the Court's September 25, 2007 Order granting the September 21, 2007 motion of the Plaintiff to extend discovery deadlines. At present, discovery was to close on November 26, 2007, dispositive motions were to be filed by December 10, 2007, and pretrial memoranda are to be filed on or before December 24, 2007. With consent of the government, it is requested that the close of discovery be moved to February 13, 2008, the dispositive motion deadline be moved to February 27, 2008, and the pre-trial memoranda deadline be moved to March 12, 2008.

In support of this Motion, Claimant states that although some discovery has taken place, additional discovery has been requested and was unable to be completed by the present close of discovery. It is further anticipated by both parties that this additional discovery will likely lead to a resolution of this matter without the necessity

for further court intervention.

Respectfully submitted,
TANISHA L. MILLER
By her attorney,

/s/ KEVIN J. BRISTOW
KEVIN J. BRISTOW, ESQ. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812
kjbristowlaw@verizon.net

December 21, 2007

**Certification**

I certify that on December 21, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

Milind M. Shah
milind.shah@usdoj.gov

/s/ KEVIN J. BRISTOW__