**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-543ML** |
| | : | |
| **ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY** | : | |

**CLAIMANT TANISHA L. MILLER'S ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINES**

Now comes the Claimant, Tanisha Miller, by and through her attorney, Kevin J. Bristow, with the consent of the Plaintiff, and hereby moves this Honorable Court for a 45 day extension of the deadlines set forth in the Court's Pre-Trial Order, as set by the Court's December 26, 2007 Order granting the December 21, 2007 motion of the Claimant to extend discovery deadlines. At present, discovery was to close on February 13, 2008, dispositive motions were to be filed by February 27, 2008, and pretrial memoranda are to be filed on or before March 12, 2008. With consent of the government, it is requested that Claimant's responsive documents be turned over to the Plaintiff on or before March 1, 2008, that the close of discovery be moved to March 31, 2008, the dispositive motion deadline be moved to April 14, 2008, and the pre-trial memoranda deadline be moved to April 28, 2008.

In support of this Motion, Claimant states that although some discovery has taken place, additional discovery has been requested and was unable to be completed by the

present close of discovery. It is further anticipated by both parties that this additional discovery will likely lead to a resolution of this matter without the necessity for further court intervention.

Respectfully submitted,
TANISHA L. MILLER
By her attorney,

/s/ KEVIN J. BRISTOW
KEVIN J. BRISTOW, ESQ. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812
kjbristowlaw@verizon.net

February 14, 2008

**Certification**

I certify that on February 14, 2008 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

Milind M. Shah
milind.shah@usdoj.gov

/s/ KEVIN J. BRISTOW__