IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ONE LOT OF NINE THOUSAND NINETY FOUR DOLLAR ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY

CIV. A. NO. 06-543ML

**COMBINED MOTION FOR ENTRY OF STIPULATION, SETTLEMENT AGREEMENT, AND RELEASE *AND* FOR ENTRY OF FINAL JUDGMENT**

Plaintiff United States of America (the "United States") moves for entry of the Stipulation, Settlement Agreement, and Release, which is attached as Exhibit A. Based on this Stipulation and the below additional information, the United States also moves for entry of a final order of judgment and decree of forfeiture in the form attached as Exhibit B:

1. On December 14, 2006, the United States filed a Complaint for Forfeiture in Rem, initiating the above-captioned matter. *See* Docket Entry 1 (Complaint). The Court issued a warrant authorizing arrest of the defendant currency. *See id* at Entry 2. The United States Marshals Service took custody of the defendant currency under the warrant.

2. On December 21, 2006, the United States had notice of this forfeiture action along with copies of the Complaint and warrant sent to Claimant's counsel, Kevin Bristow, Esquire. *See* Ex. C (Notice and signed receipt); Docket Entry 3 (same). On January 4, 2007, the United States had notice of the forfeiture action published in the Providence Journal. *See* Ex. D (USMS Process Receipt and Return and copies of notice publication). Prior to this publication, notice of the non-judicial forfeiture was published by the Federal Bureau of Investigation in administrative forfeiture proceedings that came to a close when administrative claims were filed. Subsequently, the United States filed its Complaint and initiated judicial proceedings. Accordingly, under Supplmental Rule G(4)(a)(iii)(B), notice need be published only once.

3. Aside from Claimant Tanisha Miller, no other person has filed a claim in this

matter or otherwise attempted to plead or defend in the above-captioned matter.

4. The United States and Claimant Miller entered into a stipulation under which the parties agree that Claimant Miller is entitled to ownership of $6,000 of defendant currency and the United States is entitled to the remainder of defendant currency. *See* Ex. A at ¶¶ 2 and 3.

Based on the forgoing, Plaintiff submits that there is no reason to withhold entry of the requested judgment in this matter. Plaintiff respectfully requests entry of the Stipulation and a final order of judgment.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2007, I electronically filed the above Motion with all attachments with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

*Counsel for Claimant Tanisha Miller*
Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, RI 02903

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney