IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF NINE THOUSAND NINETY FOUR DOLLAR ($9,094) IN U.S. CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY | CIV. A. NO. 06-543ML |

**ORDER**

Plaintiff United States of America (the "United States") and sole Claimant Tanisha Miller ("Miller") having stipulated to settlement of this matter with Claimant receiving $6,000 of defendant currency and the remainder being forfeited to the United States; notice of forfeiture having been sent to Miller and having been published as required under Supplemental Rule G of the Federal Rules of Civil Procedure; and claim to defendant currency having been filed aside from the claim of Miller; it is hereby ORDERED and ADJUDGED that $6,000 of defendant currency shall be released to Claimant Miller, that Claimant Miller is the owner of those funds, and that the remainder of defendant currency, $4,094, is hereby forfeited and condemned to Plaintiff United States. It is further ORDERED that the aforementioned funds shall be disposed of according to law and the United States Marshal is authorized and ordered to dispose of the funds according to law.

BY ORDER:

____________________

ENTER:

____________________________
MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island

EXHIBIT B