IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF NINE THOUSAND NINETY FOUR DOLLARS ($9,094) IN US CURRENCY AND ONE LOT OF ONE THOUSAND DOLLARS ($1,000) IN U.S. CURRENCY | CIV. A. NO. 06-543ML |

**STIPULATION, SETTLEMENT AGREEMENT, AND RELEASE**

Plaintiff United States of America and Claimant Tanisha Miller (respectively, the "United States" and "Miller") enter into this Stipulation, Settlement Agreement, and Release ("Agreement") to resolve their dispute in the above-captioned matter (the "Action").

WHEREAS, on December 14, 2006, the United States filed a verified Complaint for Forfeiture In Rem ("Complaint") alleging that Defendant One Lot of Nine Thousand Four Dollars in U.S. Currency and One Lot of One Thousand Dollars in U.S. Currency (the "Defendants") are subject to forfeiture under 21 U.S.C. § 881(a)(6);

WHEREAS, the Complaint asserts that the Defendants "constitute monies furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchange" and are therefore forfeitable to the United States under 21 U.S.C. §881(a)(6);

WHEREAS, on December 18, 2006, the Court issued a Warrant of Arrest and Notice In Rem, and the United States Marshals Service ("USMS") took custody of the Defendants;

WHEREAS, Miller received direct notice of the Complaint, and the USMS had notice of the Complaint published in the Providence Journal;

WHEREAS, Miller filed a Claim and Answer asserting right, title, and/or interest

in the Defendants, and no other parties filed a claim or answer; and

WHEREAS, Miller seeks a resolution with the United States of her claim in this Action;

NOW THEREFORE, it is stipulated and agreed by and between the United States and Miller that:

1. Upon execution by the United States and Miller, this Agreement shall be filed with the United States District Court for the District of Rhode Island, and the Court shall retain jurisdiction to enforce this Agreement.

2. $6,000 of the Defendants shall be released to Miller in the form of a check made payable to "Tanisha Miller and Kevin Bristow, Counsel for Tanisha Miller" and Miller may not seek and is forever barred from seeking, through any court proceedings or process, any additional portion of the Defendants.

3. All right, title, and interest in the remaining Defendants, including any interest on the Defendants, shall be forfeited to the United States.

4. The United States and Miller each acknowledge receipt of good and valuable consideration in exchange for this Agreement.

5. Miller unconditionally releases, indemnifies, and holds harmless the United States, its officers, agents, and employees, including the United Stated Department of Justice, the United States Drug Enforcement Administration, and any state or local law enforcement departments or officers involved in this Action or the events leading to this Action, from any claim, demand, damage, cause of action, or suit that arises from or relates to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendants, including any third-party claims that arise from or relate to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendants.

6. Without limiting the generality and breadth of Paragraph 5, Miller specifically

waives and may not and is forever barred from asserting against the United States, its officers, agents, and employees, including the United Stated Department of Justice, the United States Drug Enforcement Administration, and any state or local law enforcement departments or officers involved in this Action or the events leading to this Action, any legal or constitutional claim – including any assertion involving the Fourth Amendment, the Due Process Clause or the Double Jeopardy Clause of the Fifth Amendment, or the Excessive Fines Clause of the Eighth Amendment to the United States Constitution, and any other provision of federal or state constitutional, statutory, or common law – that arises from or relates to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendants.

7. All rights of appeal are hereby waived by all parties.

8. Neither the United States nor Miller intends through this Agreement to bind the Internal Revenue Service or any law enforcement agency with respect to any claim arising under federal or state law that has not already been litigated in this Action.

9. There was reasonable or otherwise appropriate cause for the seizure and/or arrest of the Defendants, the Defendants were forfeitable, and this Agreement is a compromise of a disputed claim.

10. Miller may not and is forever barred from objecting to any effort by the United States to obtain a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and Miller shall bear her own costs and fees for or associated with this Action, including attorney's fees, filing fees, and court costs.

11. This Agreement has been jointly drafted by the United States and Miller, through their undersigned counsel in this Action, and constitutes the entire agreement between the United States and Miller and constitutes the full, final, and complete satisfaction of any and all civil claims by Miller arising out of the seizure, maintenance, disposition, and/or forfeiture of the Defendants.

12. The United States and Miller acknowledge that they understand the provisions of

this Agreement and its legal effects and enter into this Agreement freely and voluntarily, without coercion, duress, or any undue influence.

**WE SO AGREE AND STIPULATE:**

Attorney for Plaintiff United States of America

ROBERT CLARK CORRENTE
United States Attorney

Milind M. Shah
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000 (voice)
(401) 709-5017 (facsimile)
Email: milind.shah@usdoj.gov

Dated: ~~June ___, 2008~~ July 22, 2008

Attorney for Claimant Tanisha Miller

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, Rhode Island 02903
(401) 521-2800 (voice)
(401) 521-2812 (facsimile)
Email: KJBristowlaw@verizon.net

Dated: ~~June ___, 2008~~ July 10, 2008

Claimant Tanisha Miller

Tanisha Miller
Dated: ~~June~~ July 10, 2008

**ENTER:**

July 31, 2008
CHIEF JUDGE MARY M. LISI
UNITED STATES DISTRICT COURT